No. 430. Carl B. Anderson v. United States. October 11, 1926. Petition for writ of certiorari to the Circuit

Court of Appeals for the Seventh Circuit denied. *Mr. Rufus S. Day* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.

---

No. 431. HARRY J. BOVARD *v.* UNITED STATES. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Luther Day* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.